UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>            Defendants. | Civil Action No. 2:25-cv-377 |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY**

In this infringement action brought pursuant to the Patent Act, 35 U.S.C. § 271, Plaintiff PST Innovations, LLC ("Plaintiff") seeks entry of an *ex parte* temporary restraining order against the entities identified on Schedule A hereto (collectively, "Defendants") (i) enjoining Defendants from making, using, offer for sale, selling, and/or importing products the design of which infringe Plaintiff's Asserted Patent in Exhibit 2 to the Complaint; (ii) instituting a temporary asset restraint; (iii) an order to show cause why a preliminary injunction should not issue, and (iv) expedited discovery. A Memorandum of Law in support of this Motion and Declaration of Michael Mitchell is submitted herewith. A proposed temporary restraining order is also submitted herewith.

| | |
|---|---|
| Date: March 17, 2025 | Respectfully submitted, |

By: /s/ Michael Mitchell
Shengmao (Sam) Mu, NY #5707021
Abby Neu ARDC 6327370
Keaton Smith ARDC 6347736
Michael Mitchell ARDC 6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ted@whitewoodlaw.com

*Counsel for Plaintiff*
