UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 2:25-cv-00377 (CCW)<br><br>Hon. Christy Criswell Wiegand |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| customized rejoice | 4 |
| JUROYBINBIN | 11 |
| Marsrut TM | 14 |
| qiuhuangchen | 20 |
| QXL US | 22 |
| AISHA BOUTIQUE | 40 |
| Ascend to the summit | 49 |
| bestwish shop | 54 |
| Cccopra Commodity | 62 |
| DIODIO SHOP | 76 |
| FEILAIYA | 86 |
| Guo Juanhua Selection | 102 |
| GX Selecteproducts | 103 |
| Kongqve | 126 |

| | |
|---|---|
| Mengta Shop | 143 |
| Nice shopss | 151 |
| ShopTrendy | 167 |
| Voluble | 188 |
| Yuming shop | 211 |
| Zlcai | 219 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: May 2, 2025                                        Respectfully submitted,

                                                         By: /s/ Keaton Smith
                                                         Keaton Smith IL #6347736
                                                         Shengmao (Sam) Mu NY #5707021
                                                         Abby Neu IL #6327370
                                                         Michael Mitchell IL #6324363
                                                         **WHITEWOOD LAW PLLC**
                                                         57 West 57th Street, 3rd and 4th Floors
                                                         New York, NY 10019
                                                         Telephone: (917) 858-8018
                                                         Email: ksmith@whitewoodlaw.com

                                                         *Counsel for Plaintiff*