UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Civil Action No. 2:25-cv-00377 (CCW)<br><br>Hon. Christy Criswell Wiegand |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| dxmwt | 5 |
| wpappn | 31 |
| alliance between giants | 44 |
| BBGGG | 51 |
| Camellia S | 59 |
| DX General Shop | 79 |
| Forget TESCO Group | 91 |
| GONABE | 97 |
| Huangmeng Road | 110 |
| jiumiqi | 119 |
| jiumiqiB | 120 |
| Lu Lu Home | 136 |
| Qiangqiang small shop | 156 |
| Starry Exclusives | 170 |

| | |
|---|---|
| Wishing you best | 197 |
| XIHONGSHIK | 201 |
| yangshanshan | 206 |
| yangyang set sail | 207 |
| Yuming shop | 211 |
| zenghuanhuan | 214 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Date: May 9, 2025                              Respectfully submitted,

<u>By: /s/ Keaton Smith</u>
Keaton Smith IL #6347736
Shengmao (Sam) Mu NY #5707021
Abby Neu IL #6327370
Michael Mitchell IL #6324363
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: ksmith@whitewoodlaw.com

*Counsel for Plaintiff*