UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| PST INNOVATIONS, LLC, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 2:25-cv-00377 (CCW) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Hon. Christy Criswell Wiegand |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| HOYDATE | 10 |
| Aneckel | 46 |
| DecorDelight | 75 |
| Metulip | 97 |
| kiss loving F | 124 |
| Muzi Household Dail | 148 |
| QiLeen | 158 |
| The Healing Supermarket | 176 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: May 19, 2025                                    Respectfully submitted,

                                                      <u>By: /s/ Keaton Smith</u>
                                                      Keaton Smith IL #6347736
                                                      Shengmao (Sam) Mu NY #5707021
                                                      Abby Neu IL #6327370
                                                      Michael Mitchell IL #6324363
                                                      **WHITEWOOD LAW PLLC**
                                                      57 West 57th Street, 3rd and 4th Floors
                                                      New York, NY 10019
                                                      Telephone: (917) 858-8018
                                                      Email: ksmith@whitewoodlaw.com

                                                      *Counsel for Plaintiff*