UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | Civil Action No. 2:25-cv-00377 (CCW)<br><br>Hon. Christy Criswell Wiegand |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| PZRT | 19 |
| BolingL | 56 |
| Cherieao | 64 |
| FH King | 88 |
| Yonovw | 209 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

| | |
|---|---|
| Date: May 30, 2025 | Respectfully submitted, |
| | By: /s/ Keaton Smith |
| | Keaton Smith IL #6347736 |
| | Shengmao (Sam) Mu NY #5707021 |
| | Abby Neu IL #6327370 |
| | Michael Mitchell IL #6324363 |
| | **WHITEWOOD LAW PLLC** |
| | 57 West 57th Street, 3rd and 4th Floors |
| | New York, NY 10019 |
| | Telephone: (917) 858-8018 |
| | Email: ksmith@whitewoodlaw.com |
| | *Counsel for Plaintiff* |