UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Civil Action No. 2:25-cv-00377 (CCW) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF THEODORE J. CHIACCHIO, ESQ.**

Theodore J. Chiacchio, Esq., counsel for plaintiff PST Innovations, LLC, hereby moves for an order that he be admitted to appear and practice in this Court pro hac vice as counsel for PST Innovations, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Theodore J. Chiacchio filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date: June 19, 2025

By: /s/ Theodore J. Chiacchio
**CHIACCHIO IP, LLC**
307 N. Michigan Ave., Ste. 806
Chicago, Illinois 60601
Telephone: (312) 815-2384
Email: ted@whitewoodlaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2025, I caused a true and correct copy of the foregoing document to be served on all counsel of record in this action via electronic publication and electronic mail.

                                                                                                                              /s/ Theodore J. Chiacchio