UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PST INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>      Defendants. | Civil Action No. 25-cv-00377 |

### Declaration of Shengmao Mu

  I, Shengmao Mu, declare as follows:

I am an attorney at law, duly admitted to practice before the United States District Court for the Western District of Pennsylvania. I am one of the attorneys for Plaintiff, PST Innovations, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

1.    In the course of these proceedings, I have received disclosures from third-parties Amazon and Temu listing the total number of units sold by each Defendant for each accused product. As of July 28, 2025, the remaining Amazon defendants have sold a total of 53,071 infringing units, and the remaining Temu defendants have sold 350,835 infringing units.

2.    Further, on July 21, 2025, I served Defendants with Requests for Admission, including requests that Defendants admit they have sold infringing goods and that they have intentionally targeted their sales toward Pennsylvania. As of July 28, 2025, none of the remaining Defendants have responded to these Requests. A true and correct copy of the Request for Admission is attached as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of July 2025

By: /s/ Shengmao Mu
Shengmao (Sam) Mu,  NY #5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whiewoodlaw.com

*Counsel for Plaintiff*
